S. L. WILLIAMSON, Appellant, v. UNITED STATES of America, Appellee.

No. 3071.

Circuit Court of Appeals, Fourth Circuit.

Nov. 26, 1930.

Kenneth J. Kindley, of Charlotte, N. C., for appellant.

Thomas J. Harkins, U. S. Atty., of Asheville, N. C.

PER CURIAM.

Case dismissed under Rule 23.

W. E. WINKLER v. T. A. GRUBER, Trustee of W. A. Guisinger, Bankrupt.

No. 5640.

Circuit Court of Appeals, Sixth Circuit.

Feb. 10, 1931.

J. M. Reed and Van C. Cook, both of Mansfield, Ohio, for appellant.

Wm. F. Voegele, of Mansfield, Ohio, for appellee.

PER CURIAM.

Decree of District Court affirmed by court order.

YEE AH SHIM on Behalf of Yee On Fok, Appellant, v. Luther WEEDIN, Commissioner of Immigration for the Port of Seattle, Wash., Appellee.

No. 6465.

Circuit Court of Appeals, Ninth Circuit.

May 11, 1931.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Pursuant to motion of counsel for appellee, ordered appeal dismissed for failure of appellant to file record and docket cause; mandate forthwith.